■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE HOGAN, Appellant. [788 NYS2d 906]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 17, 2002. The judgment convicted de-

fendant, upon a jury verdict, of attempted robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of two counts of attempted robbery in the second degree (Penal Law §§ 110.00, 160.10 [2] [a], [b]). "Because the evidence at the first trial is legally sufficient, . . . we conclude that the retrial did not violate the prohibition against double jeopardy" (*People v Smith*, 8 AD3d 965, 966 [2004]; *see People v Montgomery*, 1 AD3d 984, 985 [2003], *lv denied* 1 NY3d 631 [2004]). The evidence at the retrial likewise is legally sufficient to support the conviction, and the verdict is not against the weight of the evidence (*see People v Moye*, 11 AD3d 1027, 1028 [2004]; *see also People v Rouse*, 8 AD3d 982 [2004], *lv denied* 3 NY3d 681 [2004]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The evidence, the law and the circumstances of this case, viewed in totality and as of the time of the representation, establish that defendant received meaningful representation (*see People v Baldi*, 54 NY2d 137, 147 [1981]; *see also People v Hobot*, 84 NY2d 1021, 1022 [1995]). Present—Scudder, J.P., Kehoe, Gorski, Martoche and Smith, JJ.